RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
BRIAN C. TOTH
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Telephone:     (202) 305-0639
Facsimile:     (202) 305-0506

McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:     (916) 554-2766
Facsimile:     (916) 554-2900

Attorneys for Defendants

MICHAEL E. WALL (Cal. Bar No. 170238)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, California  94104
Telephone:     (415) 875-6100
Facsimile:     (415) 875-6161
E-mail:         mwall@nrdc.org

Attorneys for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, et al.<br><br>                    Plaintiffs,<br><br>        v.<br><br>UNITED STATES MARITIME<br>ADMINISTRATION, et al.<br><br>                    Defendants. | Case No. 2:07-cv-2320-GEB-GGH<br><br>JOINT STIPULATION AND<br>ORDER REGARDING PLAINTIFFS' NEPA<br>CLAIMS<br><br>Date:           April 21, 2008<br>Time:           9:00 a.m.<br>Courtroom:      10<br>Judge:          Hon. Garland E. Burrell, Jr. |

1

**JOINT STIPULATION**

2      The parties to the above-captioned case agree to and propose the following joint

3  stipulation and proposed order:[1]

4      WHEREAS, the First and Second Claims for Relief of Plaintiffs' First Amended

5  Complaint challenge, *inter alia*, Defendants' alleged failure to prepare an environmental impact

6  statement ("EIS") and environmental assessment ("EA"), respectively, for the *Comprehensive*

7  *Management Plan for the Disposal of Maritime Administration (MARAD) Non-Retention Vessels*

8  *FY 2006*, and

9      WHEREAS, the Third and Fourth Claims for Relief of Plaintiffs' First Amended

10  Complaint challenge, *inter alia*, Defendants' alleged failure to prepare an EIS and EA,

11  respectively, on Defendants' actions to prepare, transport, deliver, and dispose of non-retention

12  vessels of the Suisun Bay Reserve Fleet ("SBRF"); and

13      WHEREAS, on February 11, 2008, Defendants filed a Motion to Stay the Litigation of

14  Plaintiffs' First, Second, Third and Fourth Claims for Relief ("Defendants' Motion to Stay"); and

15      WHEREAS, one of the bases for Defendants' Motion to Stay is that MarAd is preparing

16  an EA on the disposal of National Defense Reserve Fleet vessels, including SBRF vessels; and

17      WHEREAS, Defendants represent that, depending on public comment and other factors,

18  MARAD could issue a decision (if it reaches a Finding of No Significant Impact) as early as late

19  summer or fall 2008.

20      //

21      //

22      //

23      //

24      //

25      //

26

27      [1] This Court has already established a schedule for litigation of Plaintiffs' Clean Water

28  Act ("CWA") and Resource Conservation and Recovery Act ("RCRA") claims.  That schedule
    would not be affected by this stipulation and proposed order.

THEREFORE, the parties hereby STIPULATE as follows:

1.     MarAd will not perform in-water hull cleaning or scamping of vessels to be disposed from the SBRF or dispose of such SBRF vessels in any way that requires in-water hull cleaning or scamping, until MarAd prepares either of the following regarding the SBRF, BRF, and JRRF:

        a.     a combination of a final environmental assessment ("EA") and finding of no significant impact ("FONSI"); or

        b.     a combination of a record of decision ("ROD") following the preparation of a final environmental impact statement ("EIS").

2.     MarAd will take no action to effect movement of non-retention vessels in the SBRF until:

        a.     either of the two combinations of conditions in Paragraph 1 have occurred, or

        b.     with respect to a specific ship, either an EA and a FONSI or an EIS and a ROD have been prepared with respect to such movement of that specific ship.

3.     Notwithstanding Paragraph 2, above, MarAd may:

        a.     return SBRF custodial vessels to source federal agencies;

        b.     move non-retention vessels in the SBRF for study or experimental purposes with respect to in-water hull cleaning or scamping, provided that such movement and in water hull cleaning or scamping is first approved by the Administrator of MarAd and has received the concurrence of the United States Coast Guard, and any other Federal or State regulatory agency, including the San Francisco Bay Regional Water Quality Board, from whom such approval would be legally required;

        c.     award contracts and move non-retention vessels to a drydock in the San Francisco Bay area for hull cleaning, remediation, and/or vessel recycling, provided that such work is done within the drydock;

        d.     move non-retention SBRF vessels within the SBRF in connection with the normal operations of the SBRF;

e.    move non-retention SBRF vessels in the event of emergency circumstances, to

the extent permitted by and in accordance with 40 C.F.R. § 1506.11.

MarAd will provide Plaintiffs with thirty days advanced written notice of its intention to take any

action under clauses (b) and (c) of this Paragraph.  MarAd will provide the Plaintiffs with notice

of actions taken under clause (a) within five business days of the date that MarAd receives such

notice from the applicable federal agency.  In the event of an emergency requiring the movement

of non-retention SBRF vessels, MarAd will notify the Plaintiffs at the earliest practicable

opportunity and to the extent consistent with national security.

4.    Plaintiffs agree to stay litigation of the First, Second, Third, and Fourth Claims for

Relief of their First Amended Complaint.

5.    MarAd agrees to notify the Court when either of the two combinations of

conditions in Paragraph 1 have occurred.  Within 30 days of such notification, Plaintiffs shall

either move for leave to file a supplemental or amended complaint or shall move voluntarily to

dismiss their first, second, third, and fourth claims for relief.  MarAd agrees not to oppose a

motion for leave to file a supplemental or amended complaint to the extent the changes to the

proposed supplemental or amended complaint are limited to NEPA claims against the newly-

prepared EA and FONSI (if the conditions in Paragraph 1(a) occur), or EIS and ROD (if the

conditions in Paragraph 1(b) occur).

6.    MarAd will promptly make available to Plaintiffs a copy of any draft EA released

to the public and prepared in connection with the process described under Paragraph 1, above.

MarAd agrees that it will make any such draft EA available for public review and comment for a

period of at least 45 days and that MarAd will provide notice regarding any such draft EA to the

public in a manner consistent with 40 C.F.R. § 1506.6(b)(3).  MarAd agrees that a copy of such

draft EA will be made available through the internet.

7.    This stipulation and proposed order do not represent an admission by any party to

any claim or defense on the merits of any issue in this lawsuit.

8.    Nothing in this stipulation or proposed order shall be construed to deprive a

Federal official of authority to revise, amend or promulgate regulations.

9.      Nothing in this stipulation or proposed order shall be construed as or used for evidence, one way or the other, with respect to a determination that the Plaintiffs are "prevailing parties" within the meaning of 28 U.S.C. § 2412.

10.      Nothing in this stipulation authorizes any act or omission in violation of law.

Respectfully submitted,

*For Plaintiffs:*

Dated: March 28, 2008           /s/ Michael E. Wall
                                MICHAEL E. WALL (Cal. Bar No. 170238)
                                NATURAL RESOURCES DEFENSE COUNCIL
                                111 Sutter Street, 20th Floor
                                San Francisco, California  94104
                                Telephone:     (415) 875-6100
                                Facsimile:     (415) 875-6161
                                E-mail:        mwall@nrdc.org

                                THOMAS CMAR (admitted *pro hac vice*)
                                NATURAL RESOURCES DEFENSE COUNCIL
                                1200 New York Ave., NW, Suite 400
                                Washington, DC 20005
                                Telephone:     (202) 289-2405
                                Facsimile:     (202) 289-1060
                                E-mail:        tcmar@nrdc.org

                                SCOTT ALLEN (Cal. Bar No. 178925)
                                ANASTASSIOU & ASSOCIATES
                                242 Capitol Street
                                P.O. Box 2210
                                Salinas, CA 93902
                                Office:  (831) 754-2501
                                Telephone:     (831) 754-0621
                                Facsimile:     (831) 277-1566
                                E-mail:        scott.j.allen@juno.com

                                DAVID A. NICHOLAS (admitted *pro hac vice*)
                                20 Whitney Road
                                Newton, MA  02460
                                Telephone:     (617) 964-1548
                                Facsimile:     (617) 663-6233
                                E-mail:        dnicholas@verizon.net

                                Attorneys for Plaintiffs Arc Ecology, San Francisco
                                Baykeeper, and Natural Resources Defense Council, Inc.

//

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*For Defendants*:
McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:     (916) 554-2702
Facsimile:     (916) 554-2900

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
PAMELA TONGLAO
LESLIE HILL
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone:     (202) 305-0897 / 514-0375
Facsimile:     (202) 514-8865

Dated:   March 28, 2008          /s/ Brian C. Toth (as authorized on March 28, 2008)
BRIAN C. TOTH
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Telephone:     (202) 305-0639
Facsimile:     (202) 305-0506

Of Counsel:
Jay Gordon
Lane Nemirow
Attorneys
United States Maritime Administration
Office of the Chief Counsel
Washington, D.C.

1

### **ORDER**

2          The foregoing stipulation by the parties is hereby approved and entered as an ORDER of

3   the Court.  Defendants' motion for a stay (Doc. #21) is denied as moot.  It is so ORDERED.

4

5   Date:   March 28, 2008

6                                                                    _____
                                                                     GARLAND E. BURRELL, JR.
                                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28