RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
LESLIE M. HILL
ADAM J. KATZ
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Telephone:    (202) 514-0375
Facsimile:    (202) 514-8865
E-mail:       Leslie.Hill@usdoj.gov

Attorneys for Defendants

MICHAEL E. WALL (Cal. Bar No. 170238)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, California  94104
Telephone:    (415) 875-6100
Facsimile:    (415) 875-6161
E-mail:       mwall@nrdc.org

Attorneys for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES MARITIME ADMINISTRATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:07-cv-2320-GEB-GGH<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND CASE MANAGEMENT DEADLINES |

　　　　The parties to the above-captioned case stipulate to and respectfully propose the following modifications to this Court's January 29, 2008 Status (Pretrial Scheduling) Order (Doc. No. 19):

1  WHEREAS, Plaintiffs filed their Complaint on October 29, 2007, alleging claims, *inter alia*, under the Resource Conservation and Recovery Act, 42 U.S.C. § 6972;[1]

WHEREAS, on December 6, 2007, Plaintiffs filed their First Amended Complaint, adding claims under the Clean Water Act, 33 U.S.C. § 1365, following the ripening of their sixty-day notice of intention to sue;

WHEREAS, on January 29, 2008, this Court entered a Status (Pretrial Scheduling) Order that provided for: expert disclosures on October 10, 2008; rebuttal expert disclosures on November 18, 2008; completion of discovery by February 13, 2009; hearing of motions by April 20, 2009; a pretrial conference on June 29, 2009; and trial beginning September 29, 2009;

WHEREAS, on February 19, 2008, the Parties exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1);

WHEREAS, on March 17, 2008, Plaintiffs served their First Set of Requests for Production of Documents (the "RFPs") and First Set of Requests for Admission;

WHEREAS, on April 1, 2008, Defendants requested a sixty-day extension of time to respond to Plaintiffs RFPs on grounds including that responsive documents might be located on more than 200 separate vessels, each of which Defendants contended they would have to search, as well as the departure from federal employment of Defendant's lead trial counsel, and Defendants indicated their view that Plaintiffs' RFPs encompassed many areas outside the proper scope of discovery in the present litigation;

WHEREAS, on April 7, 2008, Plaintiffs consented to a 60-day extension for response to the RFPs, thereby extending the response date to June 16, 2008;

WHEREAS, on June 18 and 19, 2008, Defendants allowed Plaintiffs to inspect and copy documents located onboard each non-retention vessel in the Suisun Bay Reserve Fleet;

WHEREAS, on May 1, 2008, Defendants produced documents to Plaintiffs bearing BATES MAR 640 0001 to 0135;

---

[1] Plaintiffs' Complaint also alleged claims under the National Environmental Policy Act (NEPA). Those claims are currently stayed, subject to a Joint Stipulation and Order Regarding Plaintiffs' NEPA Claims, which this Court endorsed on March 31, 2008 (Doc. 27). That stay of the NEPA claims will not be affected by this stipulation and proposed order.

1  WHEREAS, on June 30, 2008, Defendants produced one compact disc to Plaintiffs
2 bearing BATES MARAD00005 to 025920;
3  WHEREAS, on July 21, 2008, Defendants produced two compact discs and one DVD to
4 Plaintiffs bearing BATES MARAD030760 to 037702;
5  WHEREAS, although Defendants have produced and are continuing to produce
6 numerous documents in response to Plaintiffs' RFPs, Defendants still have not completed their
7 production;
8  WHEREAS, on July 24, 2008, Defendants confirmed that they could complete their
9 document production in response to Plaintiffs' RFPs by early September 2008;
10  WHEREAS, given Plaintiffs' need to take fact depositions and to conduct other written
11 discovery following Defendants' completion of their production of documents in September
12 2008, Plaintiffs will be unable to make their initial expert disclosures by the existing October 10,
13 2008 deadline;
14  WHEREAS, on July 25, 2008, Defendants communicated to Plaintiffs a preliminary
15 settlement proposal;
16  WHEREAS, relief from the existing discovery and trial schedule is necessary to afford
17 the parties an opportunity to assess whether settlement of this complex case is realistic;
18  WHEREAS, the parties wish to resolve their dispute over the timeliness of Defendants'
19 response to Plaintiffs' RFPs without an unnecessary motion to compel, while affording Plaintiffs
20 time to prepare their case following completion of Defendants' document production;
21  WHEREAS, on August 27, 2008, the California Regional Water Quality Control Board,
22 San Francisco Bay Region ("Water Board"), mailed to Defendants a letter providing sixty days
23 notice of the Water Board's intention to sue Defendants under the Clean Water Act on claims
24 similar to those in Plaintiffs' Complaint; and
25  WHEREAS, upon the expiration of the sixty-day notice period, the Water Board might
26 either seek to intervene in this action or to file a parallel suit in this Court;
27  THEREFORE, the parties hereby STIPULATE as follows:
28

1. Defendants shall, no later than September 10, 2008, produce the majority of remaining relevant, non-privileged documents in their possession, custody, or control that are responsive to the March 17, 2008 RFPs.

2. Defendants shall, no later than September 26, 2008, produce: (a) any remaining relevant, non-privileged documents in their possession, custody, or control that are responsive to the March 17, 2008 RFPs; and (b) a privilege log covering all redactions and withholdings of responsive documents under a claim of privilege.

2. Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)'s initial expert witness disclosure and report requirements on or before April 10, 2009, and with any authorized rebuttal expert disclosure on or before May 20, 2009.

3. All discovery shall be completed by July 31, 2009.

4. The last hearing date for dispositive motions shall be October 13, 2009, at 9:00 a.m.

5. The final pre-trial conference is set for December 7, 2009, at 1:30 p.m.

6. Trial shall commence on March 9, 2010, at 9:00 a.m.

Respectfully submitted,

*For Plaintiffs:*

Dated: September 4, 2008   By:   /s/ Michael E. Wall
MICHAEL E. WALL (Cal. Bar No. 170238)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, California  94104
Telephone:   (415) 875-6100
Facsimile:   (415) 875-6161
E-mail:      mwall@nrdc.org

THOMAS CMAR (admitted *pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
101 N. Wacker Dr., Ste. 609
Chicago, IL  60606
Telephone:   (312) 780-7430
Facsimile:   (312) 663-9920
E-mail:      tcmar@nrdc.org

SCOTT ALLEN (Cal. Bar No. 178925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
P.O. Box 2210
Salinas, CA 93902
Office:  (831) 754-2501
Telephone:	(831) 754-0621
Facsimile:	(831) 277-1566
E-mail:	scott.j.allen@juno.com

DAVID A. NICHOLAS (admitted *pro hac vice*)
20 Whitney Road
Newton, MA  02460
Telephone:	(617) 964-1548
Facsimile:	(617) 663-6233
E-mail:	dnicholas@verizon.net

Attorneys for Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council, Inc.

*For Defendants*:

Dated:   September 4, 2008    By:    /s/ Adam J. Katz (as authorized on September 2, 2008)
RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
LESLIE M. HILL
ADAM J. KATZ
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone:	(202) 514-0375
Facsimile:	(202) 514-8865

CLAY SAMFORD
BRIAN COLLINS
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO  80294
Telephone:	(303) 844-1475
Facsimile:	(303) 844-1350

Of Counsel:
Jay Gordon
Lane Nemirow
Attorneys
United States Maritime Administration
Office of the Chief Counsel
Washington, D.C.

**ORDER**

The foregoing stipulation by the parties is hereby approved except for the law and motion date which has been changed to October 13; therefore, the January 29, 2008 Status (Pretrial Scheduling) Order is modified accordingly. It is so ORDERED.

Dated: September 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge