EDMUND G. BROWN JR.
Attorney General of the State of California
CHRISTIANA TIEDEMANN (Cal. Bar No. 105299)
Supervising Deputy Attorney General
TARA L. MUELLER (Cal.Bar No. 161536)
Deputy Attorney General
1515 Clay Street, 20th Floor
P. O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 622-2136 (Mueller)
           (510) 622-2218 (Tiedemann)
Facsimile: (510) 622-2270
Email:    chris.tiedemann@doj.ca.gov
          tara.mueller@doj.ca.gov

Attorneys for Plaintiff-Intervenor

RONALD J. TENPAS
Assistant Attorney General
LESLIE M. HILL
ADAM J. KATZ
Trial Attorneys
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Telephone:  (202) 514-0375
Facsimile :  (202) 514-8865
E-Mail:    Leslie.Hill@usdoj.gov

Attorneys for Defendants

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARC ECOLOGY,** *et al.,*<br><br>                                               **Plaintiffs,**<br><br>         **and**<br><br>**CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD,**<br><br>                                  **Plaintiff-Intervenor,**<br>         **v.**<br><br>**UNITED STATES MARITIME ADMINISTRATION** *et al.,*<br><br>                                               **Defendants**. | Case No.  2:07-CV-2320 GEB GGH<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW INTERVENTION OF THE CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION** |

Stipulation and [Proposed] Order to Allow Intervention                     Case No.  2:07-CV-2320 GEB GGH

1

Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council, Inc. (collectively "Plaintiffs") and Defendants United States Maritime Administration, Sean T. Connaughton, in his official capacity as Maritime Administrator, United States Department of Transportation, and Mary E. Peters, in her official capacity as Secretary of Transportation (collectively "Defendants") and Proposed Plaintiff-Intervenor the California Regional Water Quality Control Board, San Francisco Bay Region ("Plaintiff-Intervenor the Regional Water Board" or "Regional Water Board"), stipulate to and respectfully propose that the Court order the following:

1. Plaintiff-Intervenor the Regional Water Board is an agency of the State of California and one of nine regional water boards in California.  The nine regional boards have authority to administer and implement the Clean Water Act in California, including authority to issue National Pollution Source Discharge Elimination System ("NPDES") permits in California pursuant to 33 United States Code section 1342(b), through their authority under the California Porter-Cologne Water Quality Control Act, Cal. Water Code § 13000 et seq.  The jurisdiction of the Regional Water Board includes Suisun Bay.  The Suisun Bay Reserve Fleet ("SBRF), which is the subject of this action, is moored in Suisun Bay.

2. Plaintiff-Intervenor the Regional Water Board has an interest in this action because Plaintiffs' First Amended Complaint, filed on December 6, 2007, includes a claim for relief that Defendants have violated the Clean Water Act by discharging pollutants from the SBRF into navigable waters of the state and of the United States without an NPDES permit.  The Regional Water Board has an interest in administration and implementation of the Clean Water Act in California, including authority to issue NPDES permits pursuant to the Clean Water Act, and an  interest in protecting the water quality and preventing pollution and contamination of the waters of the state and of the United States.

3. This proposed intervention is timely and will not prejudice any party to this action because discovery is not yet complete and no dispositive motions have been filed in this case, and the deadlines for completing discovery and hearing any dispositive motions are July 31, 2009 and October 13, 2009, respectively.

4. Based on the foregoing, Plantiff-Intervenor the Regional Water Board is entitled to intervene in this action under Rule 24 of the Federal Rules of Civil Procedure.   The Regional Water Board has attached its Proposed Complaint in Intervention to this Stipulation as Exhibit A.

5. The Regional Water Board, and its counsel, have reviewed the Joint Stipulation and Order Regarding Discovery and Case Management Deadlines filed with the Court on September 4, 2008 and agree to the following scheduling dates set forth in the Joint Stipulation and Order :

   a.  Initial disclosure of expert witnesses on or before April 10, 2009 and  authorized rebuttal expert disclosure on or before May 20, 2009;

   b. Completion of all discovery by July 31, 2009;

   c. A last hearing date for dispositive motions of October 13, 2009, at 9:00 a.m.;

   d. A final pre-trial conference on December 7, 2009,  at  1:30 p.m.;

   e. Trial to commence on March 9, 2010, at 9:00 a.m.

6. The Regional Water Board will make its initial disclosures to Defendants pursuant to Federal Rule of Civil Procedure 26 on or before January 9, 2009.

Respectfully submitted,

///

///

///

///

1 | *For Plaintiffs*

2 | Dated:                                                    /s/Michael E. Wall (as authorized on 11/5/2008)

MICHAEL E. WALL (Cal. Bar No. 170238)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone:  (415) 875-875-6100
Facsimile :  (415) 875-6161
E-Mail: mwall@nrdc.org

THOMAS CMAR (admitted *pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
101 N. Wacker Dr., Ste. 609
Chicago, IL 60606
Telephone:      (312) 780-7430
Facsimile:       (312) 663-9920
E-mail: tcmar@nrdc.org

SCOTT ALLEN (Cal. Bar 178925)
ANASTASSIOU & ASSOCIATES
242 Capital Street
P.O. Box 2210
Salinas, CA 93902
Telephone:      (831) 754-0621
Facsimile:       (831) 277-1566
E-mail: scott.j.allen@juno.com

DAVID A. NICHOLAS (admitted *pro hac vice*)
20 Whitney Road
Newton, MA 02460
Telephone:      (617) 964-1548
Facsimile:       (617) 663-6233
E-Mail: dniholas@verizon.net

Attorneys for Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council

*For Defendants:*

Dated:                                   RONALD J. TENPAS
Assistant Attorney General

 /s/Leslie Hill (as authorized on 11/6/2008)
LESLIE M. HILL
ADAM J. KATZ
Trial Attorneys
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Telephone:  (202) 514-0375
Facsimile :  (202) 514-8865
E-Mail:       Leslie.Hill@usdoj.gov

BARCLAY T. SAMFORD
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone:   (303) 844-1475
Facsimile:   (303) 844-1350

BRIAN COLLINS
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Ben Franklin Station
Washington, D.C. 20044-0663
Telephone:   (202) 305-0428
Facsimile:   (202) 305-0267

Attorneys for Defendants United States Maritime Administration, Sean T. Connaughton, in his official capacity as Maritime Administrator, United States Department of Transportation, and Mary E. Peters, in her official capacity as Secretary of Transportation

<u>Of Counsel:</u>
Jay Gordon
Lane Nemirow
Attorneys
United States Maritime Administration
Office of the Chief Counsel
Washington, D.C.

///

///

///

///

///

///

///

///

Stipulation and [Proposed] Order to Allow Intervention            Case No.  2:07-CV-2320 GEB GGH

5

*For Plaintiff-Intervenor:*

Dated:                                                  EDMUND G. BROWN JR.
                                                        Attorney General of the State of California

                                                        /s/Christiana Tiedemann
                                                        CHRISTIANA TIEDEMANN (Cal. Bar No. 105299)
                                                        Supervising Deputy Attorney General
                                                        TARA L. MUELLER (Cal.Bar No. 161536)
                                                        Deputy Attorneys General
                                                        1515 Clay Street, 20th Floor
                                                        P. O. Box 70550
                                                        Oakland, CA  94612-0550
                                                        Telephone: (510) 622-2136 (Mueller)
                                                                          (510) 622-2218 (Tiedemann)
                                                        Facsimile:  (510) 622-2270
                                                        Email:       chris.tiedemann@doj.ca.gov
                                                                         tara.mueller@doj.ca.gov

                                                        Attorneys for Proposed Intervenor the California
                                                        Regional Water Quality Control Board, San Francisco
                                                        Bay Region

## ORDER

The foregoing stipulation by the parties is hereby approved and entered as an ORDER of the Court.  The Proposed Complaint in Intervention of the California Regional Water Quality Control Board, San Francisco Bay Region, shall be filed as the Plaintiff-Intervenor's Complaint in Intervention forthwith.

Dated: November 13, 2008

                                                        _____
                                                        GARLAND E. BURRELL, JR.
                                                        United States District Judge