JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division
LESLIE M. HILL
MICHELLE R. LAMBERT
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Telephone:  (202) 514-0375
Facsimile:  (202) 514-8865
E-mail:    leslie.hill@usdoj.gov;
           michelle.lambert@usdoj.gov

Attorneys for Defendants

MICHAEL E. WALL (Cal. Bar No. 170238)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, California  94104
Telephone:  (415) 875-6100
Facsimile:  (415) 875-6161
E-mail:    mwall@nrdc.org

Attorneys for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, *et al.*, <br><br> Plaintiffs, and <br><br> CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, <br><br> v. <br><br> UNITED STATES MARITIME ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 2:07-cv-2320-GEB-GGH <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING ENVIRONMENTAL PLAINTIFFS' DISCOVERY CUTOFF <br><br> Judge:   Garland E. Burrell, Jr. |

1    Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources
2 Defense Council, Inc. (collectively "Environmental Plaintiffs") and defendants
3 United States Maritime Administration ("MARAD"), Sean T. Connaughton, in his
4 official capacity as Maritime Administrator, United States Department of
5 Transportation, and Ray H. LaHood, in his official capacity as Secretary of
6 Transportation (collectively "Defendants"), stipulate to and respectfully propose the
7 following:
8    WHEREAS, Environmental Plaintiffs propounded document requests on
9 March 17, 2008, and on March 4, 2009; and
10    WHEREAS, on March 4, 2009, Environmental Plaintiffs noticed a deposition
11 of defendant MARAD pursuant to Fed. R. Civ. P. 30(b)(6); and
12    WHEREAS, on April 21, 2009, and May 4, 2009, Environmental Plaintiffs
13 filed a Notice of Motion and Motion to Compel Discovery Responses concerning the
14 above-referenced document requests and deposition notice; and
15    WHEREAS, the deposition of MARAD pursuant to Fed. R. Civ. P. 30(b)(6)
16 commenced with the deposition of MARAD, through two of its designated witnesses,
17 Carolyn Junemann and Eugene Magee, on May 21, 2009 and May 22, 2009,
18 respectively; and
19    WHEREAS, Defendants produced more than 20,000 pages of documents to
20 Environmental Plaintiffs in the two weeks before MARAD's deposition commenced,
21 and have produced many thousand pages of documents since the deposition of
22 designated witnesses Dr. Junemann and Mr. Magee; and
23    WHEREAS, the parties to this discovery dispute have disagreements
24 concerning the adequacy of Defendants' assertions of privilege with respect to a
25 number of documents that Defendants have withheld or redacted in responding to
26 Environmental Plaintiffs' document requests; and
27    WHEREAS, the parties to the discovery dispute have met and conferred and
28 resolved certain of their disagreements concerning discovery; and

1  WHEREAS, on June 4, 2009, Defendants withdrew their assertions of privilege as to a number of documents and, on June 10, 2009, produced those documents to Environmental Plaintiffs; and

WHEREAS, Defendants withdrew their assertions of privilege as to a number of additional documents on June 18, 2009, and subsequently produced documents; and

WHEREAS, as part of a resolution of the parties' disputes concerns the timing of Defendants' document productions, Defendants have agreed extend the cutoff for Environmental Plaintiffs' discovery of Defendants and to permit the recall of Dr. Junemann and Mr. Magee, previously deposed witnesses designated to testify for MARAD, pursuant to Fed. R. Civ. P. 30(b)(6); and

WHEREAS, the parties agree that this stipulation will not interfere with the time set for hearing of any motion or of trial; and

WHEREAS, the parties have agreed to memorialize certain of their agreements in a separately filed Stipulation and Order Resolving Certain Discovery Disagreements; and

THEREFORE, Environmental Plaintiffs and Defendants hereby stipulate as follows:

1.  The deadline for Environmental Plaintiffs, only, to complete discovery of Defendants is extended from July 31, 2009, to August 31, 2009.

Respectfully submitted,

*For Environmental Plaintiffs:*

July 2, 2009          By:   /s/ Michael E. Wall

MICHAEL E. WALL (Cal. Bar No. 170238)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, California  94104
Tel.: (415) 875-6100; Fax: (415) 875-6161
E-mail: mwall@nrdc.org

Stip. & [Prop.] Order Extending Env. Plfs' Disco. Cutoff, Civ. No. 07-2320-GEB-GGH  2

THOMAS CMAR (admitted *pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
2 North Riverside Plaza, Suite 2250
Chicago, IL 60606-9997
Tel.: (312) 651-7906; Fax: (312) 651-7919
E-mail: tcmar@nrdc.org

SARAH LIPTON-LUBET (admitted *pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave., NW, Suite 400
Washington, DC 20005
Tel.: (202) 289-2405; Fax: (202) 289-1060
E-mail: slipton-lubet@nrdc.org

SCOTT ALLEN (Cal. Bar No. 178925)
LARIVIERE, GRUBMAN & PAYNE
19 Upper Ragsdale Drive, Suite 200
Monterey, CA 93940
Tel.: (831) 649-7531; Fax: (831) 649-8835
Email: sallen@lgpatlaw.com

DAVID A. NICHOLAS (admitted *pro hac vice*)
20 Whitney Road
Newton, MA 02460
Tel.: (617) 964-1548; Fax: (617) 663-6233
E-mail: dnicholas@verizon.net

Attorneys for plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council, Inc.

*For Defendants*:

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

July 2, 2009        By:    /s/ Michelle R. Lambert (as authorized 7/2/2009)

LESLIE M. HILL
MICHELLE R. LAMBERT
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone:   (202) 616-7501
Facsimile:   (202) 514-8865

Stip. & [Prop.] Order Extending Env. Plfs' Disco. Cutoff, Civ. No. 07-2320-GEB-GGH   3

**ORDER**

The foregoing stipulation by the parties is hereby approved and entered as an ORDER of the Court.  It is so ORDERED.

Date:  7/2/09

_____
GARLAND E. BURRELL, JR.
United States District Judge