JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division
LESLIE M. HILL
MICHELLE R. LAMBERT
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Telephone:   (202) 514-0375
Facsimile:   (202) 514-8865
E-mail:      leslie.hill@usdoj.gov;
             michelle.lambert@usdoj.gov

Attorneys for Defendants

MICHAEL E. WALL (Cal. Bar No. 170238)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, California  94104
Telephone:   (415) 875-6100
Facsimile:   (415) 875-6161
E-mail:      mwall@nrdc.org

Attorneys for Plaintiffs

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, *et al.*, <br><br> Plaintiffs, and <br><br> CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, <br><br> v. <br><br> UNITED STATES MARITIME ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 2:07-cv-2320-GEB-GGH <br><br> STIPULATION AND ORDER RESOLVING CERTAIN DISCOVERY DISAGREEMENTS <br><br> Judge:   Magistrate Judge Hollows |

Stip. & [Prop.] Order Resolving Certain Discovery Disputes, Civ. No. 07-2320-GEB-GGH

Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council, Inc. (collectively "Environmental Plaintiffs") and defendants United States Maritime Administration ("MARAD"), Sean T. Connaughton, in his official capacity as Maritime Administrator, United States Department of Transportation, and Ray H. LaHood, in his official capacity as Secretary of Transportation (collectively "Defendants"), stipulate to and respectfully propose the following:

WHEREAS, Environmental Plaintiffs propounded document requests on March 17, 2008, and on March 4, 2009; and

WHEREAS, on March 4, 2009, Environmental Plaintiffs noticed a deposition of defendant MARAD pursuant to Fed. R. Civ. P. 30(b)(6); and

WHEREAS, on April 21, 2009, and May 4, 2009, Environmental Plaintiffs filed a Notice of Motion and Motion to Compel Discovery Responses concerning the above-referenced document requests and deposition notice; and

WHEREAS, the deposition of MARAD pursuant to Fed. R. Civ. P. 30(b)(6) commenced with the deposition of MARAD, through two of its designated witnesses, Carolyn Junemann and Eugene Magee, on May 21, 2009 and May 22, 2009, respectively; and

WHEREAS, Defendants produced more than 20,000 pages of documents to Environmental Plaintiffs in the two weeks before MARAD's deposition commenced, and have produced several thousand pages of documents since the deposition of designated witnesses Dr. Junemann and Mr. Magee; and

WHEREAS, as a result of testimony during the deposition of Mr. Magee, certain disagreements arose among the parties concerning Defendants' invocations of privilege, including privileges associated with testimony concerning advice of counsel; and

WHEREAS, the parties to this discovery dispute have had a disagreement whether Defendants have waived attorney-client privilege; and

WHEREAS, the parties to this discovery dispute have disagreements concerning the adequacy of Defendants' assertions of privilege with respect to a number of documents that Defendants have withheld or redacted in responding to Environmental Plaintiffs' document requests; and

WHEREAS, the parties to the discovery dispute have met and conferred and resolved certain of their disagreements concerning discovery; and

WHEREAS, on June 4, 2009, Defendants withdrew their assertions of privilege as to a number of documents and, on June 10, 2009, produced those documents to Environmental Plaintiffs;

WHEREAS, the parties have agreed to memorialize certain of their agreements in a Stipulation and Order; and

WHEREAS, as part of the parties' agreement, the parties are filing a separate stipulation and proposed order to extend the last date for Environmental Plaintiffs to conduct discovery of Defendants;

THEREFORE, Environmental Plaintiffs and Defendants hereby stipulate as follows:

1. Defendants will not introduce in evidence any documents for which Defendants have asserted a claim of privilege. In the case of redacted documents, Defendants may introduce those portions of the documents that are not redacted, to the extent those portions are otherwise admissible. To the extent otherwise admissible, Defendant may introduce into evidence any documents or redacted portions of documents for which Defendants have, as of June 19, 2009, withdrawn prior assertions of privilege. Defendants will not elicit testimony of any defense witness regarding a privileged matter on which that witness was instructed by Defendants' counsel at deposition not to respond and as to which the assertion of privilege was not withdrawn during the course of the deposition of that witness. Defendants will not attempt to use other witnesses to elicit testimony regarding these privileged matters with respect to which testimony or evidence could not be

1  introduced under this paragraph.  Notwithstanding any other provision of this
2  paragraph, Defendants will not introduce any evidence regarding advice of counsel,
3  including any testimony or other evidence that Defendants received or relied upon
4  advice of counsel, unless Environmental Plaintiffs first elicit testimony or introduce
5  evidence as to whether Defendants received or relied upon advice of counsel.  For
6  purposes of the preceding sentence, and notwithstanding Fed. R. Civ. P. 32(a)(6),
7  Environmental Plaintiffs' introduction of portions of a deposition transcript that
8  does not refer to advice of counsel, or Environmental Plaintiffs' introduction of a
9  portion of a deposition transcript, solely for purposes of impeachment, during which
10 a witness testified concerning advice of counsel, shall not authorize Defendants to
11 introduce evidence concerning advice of counsel.  Examination conducted by
12 Environmental Plaintiffs that does not directly inquire into or refer to advice of
13 counsel will not be deemed to have elicited evidence as to whether Defendants
14 received or relied upon advice of counsel.

15     2.    Environmental Plaintiffs will not present evidence or argument that
16 MARAD has waived any attorney-client privilege associated with the document
17 bearing BATES MARAD014966-14985 or any document or redaction portion of a
18 document evidencing the subject matter of the document bearing BATES
19 MARAD014966-14985.  The preceding sentence shall not apply if Defendants
20 introduce any evidence concerning advice of counsel.

21     3.    Environmental Plaintiffs may recall Dr. Junemann and Mr. Magee to
22 testify as MARAD's designated Fed. R. Civ. P. 30(b)(6) witnesses after
23 Environmental Plaintiffs have completed review of MARAD's recently produced
24 documents.

25     4.    By June 12, 2009, Defendants will produce to Environmental Plaintiffs
26 the documents for which Defendants, on June 4, 2009, withdrew their claim of
27 privilege.

28

5.     The parties have resolved the disputes that have presently been identified relating to the discovery hearing calendared for June 25, 2009. Environmental Plaintiffs' motion to compel is hereby taken off calendar.

Respectfully submitted,

*For Environmental Plaintiffs:*

July 22, 2009        By:    /s/ Michael E. Wall

MICHAEL E. WALL (Cal. Bar No. 170238)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, California  94104
Tel.:  (415) 875-6100; Fax:  (415) 875-6161
E-mail:  mwall@nrdc.org

THOMAS CMAR (admitted *pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
2 North Riverside Plaza, Suite 2250
Chicago, IL  60606-9997
Tel.:  (312) 651-7906; Fax:  (312) 651-7919
E-mail:  tcmar@nrdc.org

SARAH LIPTON-LUBET (admitted *pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave., NW, Suite 400
Washington, DC 20005
Tel.:  (202) 289-2405; Fax:  (202) 289-1060
E-mail:  slipton-lubet@nrdc.org

SCOTT ALLEN (Cal. Bar No. 178925)
LARIVIERE, GRUBMAN & PAYNE
19 Upper Ragsdale Drive, Suite 200
Monterey, CA 93940
Tel.:  (831) 649-7531; Fax:  (831) 649-8835
Email: sallen@lgpatlaw.com

DAVID A. NICHOLAS (admitted *pro hac vice*)
20 Whitney Road
Newton, MA  02460
Tel.:  (617) 964-1548; Fax:  (617) 663-6233
E-mail:  dnicholas@verizon.net

Attorneys for plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council, Inc.

*For Defendants*:

                                    JOHN C. CRUDEN
                                    Acting Assistant Attorney General
                                    Environment & Natural Resources Division

July 22, 2009                By:    <u>/s/ Michelle R. Lambert (as authorized 7/2/2009)</u>

                                    LESLIE M. HILL
                                    MICHELLE R. LAMBERT
                                    Trial Attorneys
                                    United States Department of Justice
                                    Environment & Natural Resources Division
                                    Environmental Defense Section
                                    P.O. Box 23986
                                    Washington, DC 20026-3986
                                    Telephone:   (202) 616-7501
                                    Facsimile:    (202) 514-8865

<u>ORDER</u>

      The foregoing stipulation by the parties is hereby approved and entered as an ORDER of the Court. Nothing in this Stipulation and Order relieves the parties of completing discovery by the presently scheduled cutoff date—August 31, 2009.

      It is so ORDERED.


Date: July 22, 2009

                                   /s/ Gregory G. Hollows
                                _____
                                 HONORABLE GREOGRY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

Arc.stip2