1  JOHN C. CRUDEN
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
   LESLIE M. HILL
3  MICHELLE R. LAMBERT
   Trial Attorneys
4  United States Department of Justice
   Environment & Natural Resources Division
5  Environmental Defense Section
   P.O. Box 23986
6  Washington, DC 20044-3986
   Telephone:    (202) 514-0375
7  Facsimile:    (202) 514-8865
   E-mail:       leslie.hill@usdoj.gov;
8                michelle.lambert@usdoj.gov

9  Attorneys for Defendants

10 MICHAEL E. WALL (Cal. Bar No. 170238)
   NATURAL RESOURCES DEFENSE COUNCIL
11 111 Sutter Street, 20th Floor
   San Francisco, California  94104
12 Telephone:    (415) 875-6100
   Facsimile:    (415) 875-6161
13 E-mail:mwall@nrdc.org

14 Attorneys for Plaintiffs

15 [Additional Counsel on Signature Page]

16                UNITED STATES DISTRICT COURT
17          FOR THE EASTERN DISTRICT OF CALIFORNIA

18 ARC ECOLOGY, *et al.*,

19          Plaintiffs, and

20 CALIFORNIA REGIONAL WATER
21 QUALITY CONTROL BOARD,                  Case No. 2:07-cv-2320-GEB-GGH

22                                         JOINT STIPULATION AND ORDER
                                           AMENDING PLAINTIFFS' FIRST
23          v.                             AMENDED COMPLAINT TO WITHDRAW
                                           NEPA CLAIMS
24 UNITED STATES MARITIME
25 ADMINISTRATION, *et al.*,

26          Defendants.

27

28

1    Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council,

2    Inc. (collectively "Plaintiffs"), and defendants United States Maritime Administration ("MARAD"),

3    Sean T. Connaughton, in his official capacity as Maritime Administrator, United States Department

4    of Transportation, and Ray H. LaHood, in his official capacity as Secretary of Transportation

5    (collectively "Defendants"), agree to and propose the following joint stipulation and proposed

6    order:

7    WHEREAS, Claims 1-4 of Plaintiffs' First Amended Complaint (Doc. No. 14) raised

8    certain claims under the National Environmental Policy Act ("NEPA") and the Administrative

9    Procedure Act ("APA") pertaining to the Suisun Bay Reserve Fleet ("SBRF"); and

10    WHEREAS, on March 28, 2008, the parties filed a stipulation (Doc. No. 26) to stay

11    litigation of Claims 1-4 while Defendants prepared either a final environmental assessment

12    ("EA") and finding of no significant impact ("FONSI") or a record of decision ("ROD") and a

13    final environmental impact statement ("EIS"); and

14    WHEREAS, on March 28. 2008, this Court approved and entered the parties' stipulation

15    regarding Plaintiffs' NEPA claims (Doc. No. 27); and

16    WHEREAS, Defendants provided notice of its final EA and FONSI on September 8,

17    2009;

18    THEREFORE, pursuant to paragraph 5 of the Joint Stipulation and Order Regarding

19    Plaintiffs' NEPA Claims (Doc. No. 27), and Fed. R. Civ. P. 15(a)(2), Plaintiffs hereby amend

20    their First Amended Complaint to withdraw Claims 1-4.

21    //

22    //

23    //

24    //

25    //

26    //

27    *For Plaintiffs:*
     October 16, 2009          By:      /s/ Michael E. Wall
28
                                        MICHAEL E. WALL (Cal. Bar No. 170238)

Stip. to Amend. Pls.' 1st Amend. Compl. to Withdraw NEPA Claims, Civ. No. 07-2320-GEB-GGH

NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, California  94104
Tel.: (415) 875-6100; Fax:  (415) 875-6161
E-mail:  mwall@nrdc.org

THOMAS CMAR (admitted *pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
2 North Riverside Plaza, Suite 2250
Chicago, IL  60606-9997
Tel.: (312) 651-7906; Fax:  (312) 651-7919
E-mail:  tcmar@nrdc.org

SARAH LIPTON-LUBET (admitted *pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave., NW, Suite 400
Washington, DC 20005
Tel.: (202) 289-2405; Fax:  (202) 289-1060
E-mail:  slipton-lubet@nrdc.org

SCOTT ALLEN (Cal. Bar No. 178925)
LARIVIERE, GRUBMAN & PAYNE
19 Upper Ragsdale Drive, Suite 200
Monterey, CA 93940
Tel.:  (831) 649-7531; Fax: (831) 649-8835
Email: sallen@lgpatlaw.com

DAVID A. NICHOLAS (admitted *pro hac vice*)
20 Whitney Road
Newton, MA  02460
Tel.: (617) 964-1548; Fax: (617) 663-6233
E-mail:  dnicholas@verizon.net

Attorneys for plaintiffs Arc Ecology, San Francisco
Baykeeper, and Natural Resources Defense Council, Inc.

*For Defendants*:                    JOHN C. CRUDEN
                                     Acting Assistant Attorney General
                                     Environment & Natural Resources Division

October 16, 2009          By:        /s/ Leslie M. Hill (as authorized on October 8, 2009)
                                     LESLIE M. HILL
                                     MICHELLE R. LAMBERT
                                     Trial Attorneys
                                     United States Department of Justice
                                     Environment & Natural Resources Division
                                     Environmental Defense Section
                                     P.O. Box 23986
                                     Washington, DC 20026-3986
                                     Telephone:    (202) 616-7501
                                     Facsimile:    (202) 514-8865

Stip. to Amend. Pls.' 1st Amend. Compl. to Withdraw NEPA Claims, Civ. No. 07-2320-GEB-GGH

2

1

**ORDER**

2   The foregoing stipulation by the parties is hereby approved and entered as an

3   ORDER of the Court.   It is so ORDERED.

4   10/16/09

5   _____
    GARLAND E. BURRELL, JR.
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Amend. Pls.' 1st Amend. Compl. to Withdraw NEPA Claims, Civ. No. 07-2320-GEB-GGH

3

1

## **CERTIFICATE OF SERVICE**

2     I hereby certify that on October 8, 2009, I electronically filed the document listed below

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing

4 to all counsel of record.

5

6     • JOINT STIPULATION AND [PROPOSED] ORDER AMENDING

7       PLAINTIFFS' FIRST AMENDED COMPLAINT TO WITHDRAW NEPA

8       CLAIMS

9                          /s Michael E. Wall
                           MICHAEL E. WALL (Cal. Bar No. 170238)
10                         NATURAL RESOURCES DEFENSE COUNCIL
                           111 Sutter Street, 20th Floor
11                         San Francisco, CA 94104
                           Telephone:    (415) 875-6100
12                         Facsimile:     (415) 875-6161
                           E-mail:mwall@nrdc.org
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Amend. Pls.' 1st Amend. Compl. to Withdraw NEPA Claims, Civ. No. 07-2320-GEB-GGH

4