IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, et al.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>and<br><br>CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>　　　　　　　　　　　　　Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES MARITIME ADMINISTRATION, et al.,<br><br>　　　　　　　　　　　　　Defendants. | Case No.  2:07-CV-2320 GEB GGH<br><br>**ORDER CONTINUING TRIAL** |

The Joint Motion to Continue Trial, filed on December 23, 2009, is hereby GRANTED and entered as an ORDER of the Court.  The trial date is continued to June 8, 2010, commencing at 9:00 a.m., and the final pretrial conference scheduled for January 19, 2010 at 1:30 p.m. is continued to March 15, 2010, commencing at 3:30 p.m.  A joint pretrial statement shall be filed seven days prior to the conference.

Dated:  12/29/09

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge