1  IGNACIA S. MORENO
   Assistant Attorney General
2  LESLIE M. HILL
   MICHELLE LAMBERT
3  Trial Attorneys
   United States Department of Justice
4  Environment and Natural Resources Division
   Environmental Defense Section
5  P.O. Box 23986
   Washington, D.C.  20044-3986
6  Telephone: (202) 514-0375
   Facsimile: (202) 514-8865
7  E-Mail:  leslie.hill@usdoj.gov

8  Attorneys for Defendants

9  MICHAEL E. WALL (Cal. Bar No. 170238)
   NATURAL RESOURCES DEFENSE COUNCIL
10 111 Sutter Street, 20th Floor
   San Francisco, California  94104
11 Telephone:    (415) 875-6100
   Facsimile:    (415) 875-6161
12 E-mail:mwall@nrdc.org

13 Attorneys for Plaintiffs
   [Additional Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ARC ECOLOGY, et al., <br><br> Plaintiffs, <br> v. <br> UNITED STATES MARITIME ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No.: 2:07-cv-2320-GEB-GGH <br><br> **STIPULATION AMENDING PROTECTIVE ORDER AND [PROPOSED] ORDER** |
| CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, <br><br> Plaintiff-Intervenor, <br> v. <br> UNITED STATES MARITIME ADMINISTRATION, *et al.*, <br><br> Defendants. | |

*//*

Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council, Inc. (collectively "Environmental Plaintiffs"), Plaintiff-Intervenor California Regional Water Quality Control Board, San Francisco Bay Region, and Defendants United States Maritime Administration ("MARAD"), David Matsuda, in his official capacity as Acting Maritime Administrator, United States Department of Transportation, and Ray H. LaHood, in his official capacity as Secretary of Transportation (collectively "Defendants"), by and through their respective counsel, stipulate and agree that the protective order (hereinafter, the "Protective Order") entered by the Court on August 13, 2009, Dkt. No. 71, should be amended pursuant to Paragraph XI to protect additional confidential and commercially sensitive information that may be produced or otherwise disclosed by MARAD during settlement negotiations. These materials are to be added to the list under Paragraph I of the Protective Order. To facilitate production and receipt of information, the parties stipulate and agree that the Protective Order be amended, subject to the approval of the Court, to include the following additional materials:

- BAE00001 and any information contained in that document

STIPULATED AND AGREED TO:

Dated: January 12. 2010

*For Environmental Plaintiffs:*

January 12, 2010          By:     s/ Michael E. Wall (as authorized on 01/11/2010)
                                  MICHAEL E. WALL (Cal. Bar No. 170238)
                                  NATURAL RESOURCES DEFENSE COUNCIL
                                  111 Sutter Street, 20th Floor
                                  San Francisco, California 94104
                                  Tel.: (415) 875-6100; Fax: (415) 875-6161
                                  E-mail: mwall@nrdc.org


                                  THOMAS CMAR (admitted *pro hac vice*)
                                  NATURAL RESOURCES DEFENSE COUNCIL
                                  2 North Riverside Plaza, Suite 2250
                                  Chicago, IL 60606-9997
                                  Tel.: (312) 651-7906; Fax: (312) 651-7919

| | |
|---|---|
| 1 | E-mail: tcmar@nrdc.org |
| 2 | SCOTT ALLEN (Cal. Bar No. 178925) |
| | LARIVIERE, GRUBMAN & PAYNE |
| 3 | 19 Upper Ragsdale Drive, Suite 200 |
| | Monterey, CA 93940 |
| 4 | Tel.: (831) 649-7531; Fax: (831) 649-8835 |
| 5 | Email: sallen@lgpatlaw.com |
| 6 | DAVID A. NICHOLAS (admitted *pro hac vice*) |
| | 20 Whitney Road |
| 7 | Newton, MA 02460 |
| | Tel.: (617) 964-1548; Fax: (617) 663-6233 |
| 8 | E-mail: dnicholas@verizon.net |
| 9 | Attorneys for plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council, Inc. |

*For Plaintiff-Intervenor:*

EDMUND G. BROWN JR.
Attorney General of the State of California

January 12, 2010       By:    s/ Tara L. Mueller (as authorized on 01/11/2010)
CHRISTIANA TIEDEMANN (Cal. Bar No. 105299)
Supervising Deputy Attorney General
TARA L. MUELLER (Cal. Bar No. 161536)
Deputy Attorney General
1515 Clay Street, 20th Floor
P. O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2136 (Mueller)
(510) 622-2218 (Tiedemann)
Fax: (510) 622-2270

Attorneys for the California Regional Water

*For Defendants*:

BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2766
Fax: (916) 554-2900


IGNACIA S. MORENO

STIPULATION AMEND. PROT. ORDER AND ~~PROPOSED~~ ORDER
CASE NO. 2:07-CV-2320-GEB-GGH

Assistant Attorney General
Environment & Natural Resources Division

January 12, 2010          By:     s/ Michelle R. Lambert

LESLIE M. HILL
MICHELLE R. LAMBERT
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone:     (202) 616-7501
Facsimile:     (202) 514-8865

IT IS SO ORDERED.

Dated: ___February 16, 2010 _____          /s/ Kendall J. Newman
                                           KENDALL J. NEWMAN
                                           United States Magistrate Judge