IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
LESLIE M. HILL
MICHELLE R. LAMBERT
NORMAN RAVE
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Telephone:     (202) 514-0375
Facsimile:     (202) 514-8865
E-mail:        leslie.hill@usdoj.gov;
               michelle.lambert@usdoj.gov

Attorneys for Defendants

CHRISTIANA TIEDEMANN (Cal. Bar No. 105299)
Supervising Deputy Attorney General
TARA L. MUELLER (Cal. Bar No. 161536)
Deputy Attorney General
1515 Clay Street, 20th Floor
P. O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2136 (Mueller)
(510) 622-2218 (Tiedemann)
Fax: (510) 622-2270

Attorneys for the California Regional Water
Quality Control Board, San Francisco Bay Region

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, *et al.*,<br><br>Plaintiffs, and<br><br>CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD,<br><br>v.<br><br>UNITED STATES MARITIME ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 2:07-cv-2320-GEB-KJN<br><br>JOINT STIPULATION AND ORDER FOR CONTINUANCE OF PRETRIAL |

| | |
|---|---|
| 1 | The parties to the above captioned litigation stipulate to and respectfully propose the |
| 2 | following: |
| 3 | WHEREAS trial is currently set for June 8, 2010; |
| 4 | WHEREAS to allow for continued efforts to resolve this litigation, on December 23, |
| 5 | 2009 the parties moved to continue the trial, (Dkt. 109 and 109.3), and on December 29, 2009 |
| 6 | the Court entered an order continuing the trial until June 8, 2010 and the final pre-trial |
| 7 | conference until March 15, 2010 and requiring the final joint pretrial statement to be filed seven |
| 8 | days before the pre-trial conference (Dkt. 112); |
| 9 | WHEREAS the parties have engaged in lengthy settlement discussions and have reached |
| 10 | a tentative settlement subject to management and client approval, but have not yet completed the |
| 11 | formal management or client approval process; |
| 12 | WHEREAS the record snow storms in the Washington, D.C. area and resulting |
| 13 | government closures have delayed the Federal defendants' work on the settlement documents and |
| 14 | completion of the management review approval process; |
| 15 | WHEREAS the parties expect to complete the management review and approval process |
| 16 | by the end of March, but the current pre-trial schedule would require the parties to cease work on |
| 17 | settlement approval and prepare their joint pre-trial statement by March 8, 2010; and |
| 18 | WHEREAS accordingly, in an effort to conserve judicial time and resources, the parties |
| 19 | jointly request that the Court continue the pretrial conference presently set for March 15, 2010 to |
| 20 | April 12, 2010, during which time the parties expect to complete the parties' settlement approval |
| 21 | processes; and |
| 22 | THEREFORE, the parties hereby stipulate as follows: |
| 23 | The parties request that the Court continue the Final Pretrial Conference, currently |
| 24 | scheduled for March 15, 2010, until April 12, 2010, or as soon thereafter as may be |
| 25 | convenient for the Court. |
| 26 | // |
| 27 | *For the Federal Defendants*: |
| 28 | IGNACIA S. MORENO<br>Assistant Attorney General |

Joint Stipulation and [Proposed] Order for Continuance of Pre-Trial Conference
Civ. No. 07-2320-GEB-KJN

1

|   |                         |     |                                                      |
|---|-------------------------|-----|------------------------------------------------------|
|   |                         |     | Environment & Natural Resources Division             |

February 23, 2010          By:     /s/   Michelle R. Lambert

                                               LESLIE M. HILL
MICHELLE R. LAMBERT
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20026-3986
Telephone:     (202) 616-7501
Facsimile:       (202) 514-8865

*For Plaintiff-Intervenor*:

EDMUND G. BROWN JR.
Attorney General of the State of California

February 23, 2010          By:     /s/  Christiana Tiedemann (as authorized 2/22/10)

CHRISTIANA TIEDEMANN (Cal. Bar No. 105299)
Supervising Deputy Attorney General
TARA L. MUELLER (Cal. Bar No. 161536)
Deputy Attorney General
1515 Clay Street, 20th Floor
P. O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2136 (Mueller)
(510) 622-2218 (Tiedemann)
Fax: (510) 622-2270

Attorneys for the California Regional Water
Quality Control Board, San Francisco Bay Region

*For Environmental Plaintiffs:*

February 23, 2010          By:      /s/ Michael E. Wall (as authorized 2/22/10)

        MICHAEL E. WALL (Cal. Bar No. 170238)
        NATURAL RESOURCES DEFENSE COUNCIL
        111 Sutter Street, 20th Floor
        San Francisco, California 94104
        Tel.: (415) 875-6100; Fax: (415) 875-6161
        E-mail: mwall@nrdc.org

        THOMAS CMAR (admitted *pro hac vice*)
        NATURAL RESOURCES DEFENSE COUNCIL
        2 North Riverside Plaza, Suite 2250
        Chicago, IL 60606-9997
        Tel.: (312) 651-7906; Fax: (312) 651-7919
        E-mail: tcmar@nrdc.org

        SCOTT ALLEN (Cal. Bar No. 178925)
        LARIVIERE, GRUBMAN & PAYNE
        19 Upper Ragsdale Drive, Suite 200
        Monterey, CA 93940
        Tel.: (831) 649-7531; Fax: (831) 649-8835
        Email: sallen@lgpatlaw.com

        DAVID A. NICHOLAS (admitted *pro hac vice*)
        20 Whitney Road
        Newton, MA 02460
        Tel.: (617) 964-1548; Fax: (617) 663-6233
        E-mail: dnicholas@verizon.net

        Attorneys for plaintiffs Arc Ecology, San Francisco
        Baykeeper, and Natural Resources Defense Council, Inc.

1 **ORDER**

2 The Final Pretrial Conference is rescheduled for April 12, 2010, at 2:30 p.m.  A joint pretrial

3 statement is to be filed seven days prior to the hearing.

4

5                           It is so ORDERED.

6

7 Date:   2/24/10

8                           GARLAND E. BURRELL, JR.
                          United States District Judge