1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                   FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   ARC ECOLOGY; SAN FRANCISCO        )
    BAYKEEPER; and NATURAL RESOURCES  )
8   DEFENSE COUNCIL, INC.,            )
                                      )
9               Plaintiffs,           )     2:07-cv-2320-GEB-GGH
                                      )
10          and                       )
                                      )
11  CALIFORNIA REGIONAL WATER QUALITY )
    CONTROL BOARD, SAN FRANCISCO BAY  )    ORDER IN RESPONSE TO THE
12  REGION,                           )    NOTICE OF SETTLEMENT SETTING
                Plaintiff-            )    A DATE FOR THE FILING OF A
13              Intervenor,           )    MOTION FOR APPROVAL OF A
            v.                        )    PROPOSED CONSENT DECREE AND
14                                    )    VACATING PRETRIAL
    UNITED STATES MARITIME            )    CONFERENCE AND TRIAL DATES
15  ADMINISTRATION; SEAN T.           )
    CONNAUGHTON, in his official      )
16  capacity as Maritime Administrator;)
    UNITED STATES DEPARTMENT OF       )
17  TRANSPORTATION; and MARY E.       )
    PETERS,[1] in her official capacity )
18  as Secretary of Transportation,  )
                                      )
19              Defendants.           )
                                      )
20  _____

21          On March 23, 2010, Plaintiff-Intervenor the California

22  Regional Water Quality Control Board, San Francisco Bay Region,

23  "provid[ed] notice to the Court that all parties have agreed to a

24  settlement of this action," and that "the parties expect to file a

25  motion for approval of a proposed consent decree on or before April 9,

26  2010."  Therefore, a motion for approval of the referenced consent

27

28
    _____
         [1] Defendant Mary E. Peters has been replaced by Ray H. LaHood.

                                    1

1  decree shall be filed on or before April 9, 2010.  Further, in light

2  of the representation that this action has settled, the pretrial

3  conference and trial dates are vacated.

4  Dated:  March 23, 2010

6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge

2