IGNACIA S. MORENO, Assistant Attorney General
Environment & Natural Resources Division
LESLIE M. HILL, Trial Attorney
MICHELLE R. LAMBERT, Trial Attorney
U.S. Dep't of Justice, Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Tel.: (202) 514-0375; Fax: (202) 514-8865
leslie.hill@usdoj.gov; michelle.lambert@usdoj.gov
*Attorneys for Defendants*

MICHAEL E. WALL (Cal. Bar No. 170238)
Natural Resources Defense Council
111 Sutter Street, 20th Fl., San Francisco, CA 94104
Tel.: (415) 875-6100; Fax: (415) 875-6161
mwall@nrdc.org
*Attorney for Plaintiffs Arc Ecology, Natural Resources Defense Council, and San Francisco Baykeeper*

EDMUND G. BROWN JR.,
    Attorney General of California
CHRISTIANA TIEDEMANN,
    Supervising Deputy Attorney General
TARA MUELLER, Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
Tel:  (510) 622-2218; Fax: (510) 622-2270
chris.tiedemann@doj.ca.gov*;* tara.mueller@doj.ca.gov
*Attorneys for Plaintiff-Intervenor California Regional Water Quality Control Board, San Francisco Bay Region*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, et al., <br><br> Plaintiffs, <br><br> and <br><br> CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION, <br><br> Plaintiff-Intervenor <br><br> v. <br><br> UNITED STATES MARITIME ADMINISTRATION, et al., <br><br> Defendants. | 2:07-CV-2320 GEB GGH <br><br> **JOINT  STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEYS' FEES** <br><br> Judge:  Hon. Garland E.Burrell, Jr. |

1   WHEREAS the parties have reached a settlement agreement, which is before the
2   court as a proposed consent decree, that, if approved, will eliminate the need for a trial on
3   remedy; and

4   WHEREAS the proposed consent decree identifies Plaintiffs as "prevailing parties"
5   within the meaning of 33 U.S.C. § 1365(d), and, with respect to the Environmental
6   Plaintiffs, 42 U.S.C. § 6972(e); and

7   WHEREAS the proposed consent decree states that the parties will attempt to
8   resolve any claims to attorneys' fees through negotiation; and

9   WHEREAS Civil Local Rule 54-292(b) provides that a bill of costs must be filed by
10  the prevailing party within 14 days after entry of judgment; and

11  WHEREAS Civil Local Rule 54-293(a) provides that a motion for an award of
12  attorneys' fees must be filed within 28 days after entry of judgment; and

13  WHEREAS the parties believe that additional time is necessary to negotiate
14  attorneys' fees and complete any necessary approval processes if an agreement is reached;

15  THEREFORE, Plaintiffs and Defendants stipulate and agree that Plaintiffs shall
16  have 56 days from the entry of the [Proposed] Consent Decree to file a bill of costs under
17  Civil Local Rule 54-292 and to file a motion for attorneys' fees under Civil Local Rule
18  54-293 and Federal Rule of Civil Procedure 54(d)(2)(B), and request that the Court grant
19  such extension.

Respectfully submitted,

*For Defendants:*

Dated: April 9, 2010         BENJAMIN B. WAGNER
                             United States Attorney for the
                             Eastern District of California
                             TODD A. PICKLES
                             Assistant United States Attorney
                             501 I Street, suite 10-100
                             Sacramento, CA 95814
                             Telephone: (916) 554-2766
                             Facsimile: (916) 554-2900

```
                        IGNACIA S. MORENO
                        Assistant Attorney General

                        /s/ Michelle Lambert (as authorized 4/08/10)
                        MICHELLE LAMBERT
                        LESLIE M. HILL
                        Trial Attorneys
                        Environment & Natural Resources Division
                        Environmental Defense Section
                        P.O. Box 23986
                        Washington, DC 20044-3986
                        Telephone:  (202) 514-0375
                        Facsimile :  (202) 514-8865
                        E-Mail:     leslie.hill@usdoj.gov
```

*Of Counsel:*

Denise R. Krepp
Paul M. Geier
Rand Pixa
Jay R. Gordon
Lane H. Nemirow
Michaela E. Noble

*For Plaintiffs*

```
Dated: April 9, 2010          /s/ Michael E. Wall
                        MICHAEL E. WALL (SBN 170238)
                        NATURAL RESOURCES DEFENSE COUNCIL
                        111 Sutter Street, 20th Floor
                        San Francisco, CA 94104
                        Telephone:  (415) 875-875-6100
                        Facsimile :  (415) 875-6161
                        E-Mail:  mwall@nrdc.org

                        THOMAS CMAR (pro hac vice)
                        NATURAL RESOURCES DEFENSE
                            COUNCIL
                        12 North Riverside Plaza, Suite 2250
                        Chicago, IL  60606-9997
                        Telephone:  (312) 651-7906
                        Facsimile:  (312) 651-7919
                        E-Mail:  tcmar@nrdc.org

                        SCOTT ALLEN (SBN 178925)
                        LARIVIERE, GRUBMAN & PAYNE
                        19 Upper Ragsdale Drive, Suite 200
                        Monterey, CA 93940
                        Tel.: (831) 649-7531; Fax: (831) 649-8835
                        E-Mail: sallen@lgpatlaw.com

                        DAVID A. NICHOLAS (pro hac vice)
                        20 Whitney Road
                        Newton, MA 02460
```

2

Telephone:   (617) 964-1548
Facsimile:   (617) 663-6233
E-Mail: dnicholas@verizon.net

*Attorneys for Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council*

For Plaintiff-Intervenor:

Dated: April 9, 2010          EDMUND G. BROWN JR.
                              Attorney General of California

<u>/s/ Christiana Tiedemann (as authorized 4/8/10)</u>
CHRISTIANA TIEDEMANN (SBN 105299)
Supervising Deputy Attorney General
TARA L. MUELLER (SBN 161536)
Deputy Attorneys General
1515 Clay Street, 20th Floor
P. O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 622-2136 (Mueller);
     (510) 622-2218 (Tiedemann)
Facsimile:  (510) 622-2270
E-mail: chris.tiedemann@doj.ca.gov;
     tara.mueller@doj.ca.gov

*Attorneys for Proposed Intervenor the California Regional Water Quality Control Board, San Francisco Bay Region*

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: April 14, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge