IGNACIA S. MORENO, Assistant Attorney General
Environment & Natural Resources Division
LESLIE M. HILL, Trial Attorney
MICHELLE R. LAMBERT, Trial Attorney
U.S. Dep't of Justice, Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Tel.: (202) 514-0375; Fax: (202) 514-8865
leslie.hill@usdoj.gov; michelle.lambert@usdoj.gov
*Attorneys for Defendants*

MICHAEL E. WALL (Cal. Bar No. 170238)
Natural Resources Defense Council
111 Sutter Street, 20th Fl., San Francisco, CA 94104
Tel.: (415) 875-6100; Fax: (415) 875-6161
mwall@nrdc.org
*Attorney for Plaintiffs Arc Ecology, Natural Resources Defense Council, and San Francisco Baykeeper*

EDMUND G. BROWN JR.,
  Attorney General of California
CHRISTIANA TIEDEMANN,
  Supervising Deputy Attorney General
TARA MUELLER, Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
Tel:  (510) 622-2218; Fax: (510) 622-2270
chris.tiedemann@doj.ca.gov*;* tara.mueller@doj.ca.gov
*Attorneys for Plaintiff-Intervenor California Regional Water Quality Control Board, San Francisco Bay Region*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, et al.,<br>                         Plaintiffs,<br>and<br>CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br>                         Plaintiff-Intervenor<br>v.<br>UNITED STATES MARITIME ADMINISTRATION, et al.,<br>                         Defendants. | 2:07-CV-2320 GEB GGH<br><br>**JOINT  STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEYS' FEES**<br><br>Judge:  Hon. Garland E.Burrell, Jr. |

1      WHEREAS on April 14, 2010, the Court entered a consent decree in this litigation
2 that eliminates the need for a trial on remedy and designates all Plaintiffs as "prevailing
3 parties" within the meaning of 33 U.S.C. § 1365(d), and Environmental Plaintiffs as
4 "prevailing parties" within the meaning of 42 U.S.C. § 6972(e); and
5      WHEREAS the proposed consent decree states that the parties will attempt to
6 resolve any claims to attorneys' fees through negotiation; and
7      WHEREAS on April 14, 2010, pursuant to a stipulation by the parties, the Court
8 extended the deadline for Plaintiffs to file a bill of costs and a motion for attorneys' fees to
9 facilitate the parties' attempt to resolve any claims to attorneys' fees and costs through
10 negotiation;
11     WHEREAS, the current extension of time to file a bill of costs and a motion for
12 attorneys' fees will run on June 9, 2010;
13     WHEREAS the parties are in active negotiations to attempt to settle the matter of
14 attorneys' fees and costs, and believe that additional time is necessary and will be useful
15 to reach a settlement and to obtain necessary approvals if they reach an agreement;
16     THEREFORE, Plaintiffs and Defendants stipulate and agree that Plaintiffs shall
17 have until July 28, 2010 to file a bill of costs under Civil Local Rule 54-292 and to file a
18 motion for attorneys' fees under Civil Local Rule 54-293 and Federal Rule of Civil
19 Procedure 54(d)(2)(B), and request that the Court grant such extension.

                              Respectfully submitted,

*For Defendants:*

Dated: May 26, 2010          BENJAMIN B. WAGNER
                             United States Attorney for the
                             Eastern District of California
                             TODD A. PICKLES
                             Assistant United States Attorney
                             501 I Street, suite 10-100
                             Sacramento, CA 95814
                             Telephone: (916) 554-2766
                             Facsimile: (916) 554-2900

|   |   |
|---|---|
|   | IGNACIA S. MORENO<br>Assistant Attorney General |
|   |   |
|   | /s/  Michelle R. Lambert_____<br>MICHELLE LAMBERT<br>LESLIE M. HILL<br>Trial Attorneys<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, DC 20044-3986<br>Telephone:  (202) 616-7501<br>Facsimile:  (202) 514-8865<br>E-Mail:       michelle.lambert@usdoj.gov |

*Of Counsel:*

Denise R. Krepp
Paul M. Geier
Rand Pixa
Jay R. Gordon
Lane H. Nemirow
Michaela E. Noble

*For Plaintiffs*

Dated: May 26, 2010       /s/ Michael E. Wall (as authorized 5/26/2010)
　　　　　　　　　　　　　MICHAEL E. WALL (SBN 170238)
　　　　　　　　　　　　　NATURAL RESOURCES DEFENSE COUNCIL
　　　　　　　　　　　　　111 Sutter Street, 20th Floor
　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　Telephone:  (415) 875-875-6100
　　　　　　　　　　　　　Facsimile:  (415) 875-6161
　　　　　　　　　　　　　E-Mail: mwall@nrdc.org

　　　　　　　　　　　　　THOMAS CMAR (*pro hac vice*)
　　　　　　　　　　　　　NATURAL RESOURCES DEFENSE
　　　　　　　　　　　　　　 COUNCIL
　　　　　　　　　　　　　12 North Riverside Plaza, Suite 2250
　　　　　　　　　　　　　Chicago, IL  60606-9997
　　　　　　　　　　　　　Telephone:  (312) 651-7906
　　　　　　　　　　　　　Facsimile:  (312) 651-7919
　　　　　　　　　　　　　E-Mail: tcmar@nrdc.org


　　　　　　　　　　　　　SCOTT ALLEN (SBN 178925)
　　　　　　　　　　　　　LARIVIERE, GRUBMAN & PAYNE
　　　　　　　　　　　　　19 Upper Ragsdale Drive, Suite 200
　　　　　　　　　　　　　Monterey, CA 93940
　　　　　　　　　　　　　Tel.:  (831) 649-7531; Fax: (831) 649-8835
　　　　　　　　　　　　　E-Mail: sallen@lgpatlaw.com

　　　　　　　　　　　　　DAVID A. NICHOLAS (*pro hac vice*)
　　　　　　　　　　　　　20 Whitney Road

```
                              Newton, MA 02460
                              Telephone:    (617) 964-1548
                              Facsimile:    (617) 663-6233
                              E-Mail: dnicholas@verizon.net
```

*Attorneys for Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council*

*For Plaintiff-Intervenor:*

Dated: May 26, 2010         EDMUND G. BROWN JR.
                            Attorney General of California

                            /s/ Christiana Tiedemann  (as authorized 5/26/2010)
                            CHRISTIANA TIEDEMANN (SBN 105299)
                            Supervising Deputy Attorney General
                            TARA L. MUELLER (SBN 161536)
                            Deputy Attorneys General
                            1515 Clay Street, 20th Floor
                            P. O. Box 70550
                            Oakland, CA  94612-0550
                            Telephone: (510) 622-2136 (Mueller);
                                (510) 622-2218 (Tiedemann)
                            Facsimile:  (510) 622-2270
                            E-mail: chris.tiedemann@doj.ca.gov;
                                tara.mueller@doj.ca.gov

*Attorneys for Plaintiff Intervenor the California Regional Water Quality Control Board, San Francisco Bay Region*

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated May 26, 2010

GARLAND E. BURRELL, JR.
United States District Judge