IGNACIA S. MORENO, Assistant Attorney General
Environment & Natural Resources Division
LESLIE M. HILL, Trial Attorney
MICHELLE R. LAMBERT, Trial Attorney
U.S. Dep't of Justice, Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Tel.: (202) 514-0375; Fax: (202) 514-8865
leslie.hill@usdoj.gov; michelle.lambert@usdoj.gov
*Attorneys for Defendants*

MICHAEL E. WALL (Cal. Bar No. 170238)
JONATHAN WIENER (Cal. Bar No. 265006)
Natural Resources Defense Council
111 Sutter Street, 20th Fl., San Francisco, CA 94104
Tel.: (415) 875-6100; Fax: (415) 875-6161
mwall@nrdc.org
*Attorney for Plaintiffs Arc Ecology, Natural Resources Defense Council, and San Francisco Baykeeper*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, et al.,<br><br>Plaintiffs,<br><br>and<br><br>CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiff-Intervenor<br><br>v.<br><br>UNITED STATES MARITIME ADMINISTRATION, et al.,<br><br>Defendants. | 2:07-CV-2320 GEB GGH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEYS' FEES**<br><br>Judge: Hon. Garland E. Burrell, Jr. |

WHEREAS on April 14, 2010, the Court entered a consent decree in this litigation that eliminates the need for a trial on remedy and designates all Plaintiffs as "prevailing parties" within the meaning of 33 U.S.C. § 1365(d), and Environmental Plaintiffs as "prevailing parties" within the meaning of 42 U.S.C. § 6972(e); and

WHEREAS the proposed consent decree states that the parties will attempt to resolve any claims to attorneys' fees through negotiation; and

WHEREAS on April 14, 2010, and again on May 26, 2010, pursuant to stipulations by the parties, the Court extended the deadline for all Plaintiffs to file a bill of costs and a motion for attorneys' fees to facilitate the parties' attempt to resolve any claims to attorneys' fees and costs through negotiation;

WHEREAS, the current extension of time to file a bill of costs and a motion for attorneys' fees will run on July 28, 2010;

WHEREAS the Environmental Plaintiffs and Defendants have reached a tentative settlement agreement on the matter of attorneys' fees and costs subject to required governmental review and approval processes, and believe that additional time is necessary to complete these review and approval processes;

THEREFORE, Environmental Plaintiffs and Defendants stipulate and agree that Environmental Plaintiffs shall have until August 25, 2010 to file a bill of costs under Civil Local Rule 54-292 and to file a motion for attorneys' fees under Civil Local Rule 54-293 and Federal Rule of Civil Procedure 54(d)(2)(B), and request that the Court grant such extension.

Respectfully submitted,

*For Plaintiffs*

Dated: July 15, 2010         /s/ Jonathan Wiener
                             JONATHAN WIENER (SBN 265006)

MICHAEL WALL (SBN 170238)
NATURAL RESOURCES DEFENSE
 COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone:  (415) 875-875-6100
Facsimile:  (415) 875-6161
E-Mail:  jwiener@nrdc.org; mwall@nrdc.org

THOMAS CMAR (*pro hac vice*)
NATURAL RESOURCES DEFENSE
 COUNCIL
12 North Riverside Plaza, Suite 2250
Chicago, IL  60606-9997
Telephone:  (312) 651-7906
Facsimile:  (312) 651-7919
E-Mail:  tcmar@nrdc.org

SCOTT ALLEN (SBN 178925)
LARIVIERE, GRUBMAN & PAYNE
19 Upper Ragsdale Drive, Suite 200
Monterey, CA 93940
Tel.: (831) 649-7531; Fax: (831) 649-8835
E-Mail: sallen@lgpatlaw.com

DAVID A. NICHOLAS (*pro hac vice*)
20 Whitney Road
Newton, MA 02460
Telephone:   (617) 964-1548
Facsimile:   (617) 663-6233
E-Mail: dnicholas@verizon.net

*Attorneys for Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council*

For Defendants:

| | |
|---|---|
| Dated: July 15, 2010 | BENJAMIN B. WAGNER<br>United States Attorney for the<br>Eastern District of California<br>TODD A. PICKLES<br>Assistant United States Attorney<br>501 I Street, suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2766<br>Facsimile: (916) 554-2900<br><br>IGNACIA S. MORENO |

2

1 | Assistant Attorney General

2 | /s/ Michelle Lambert (as authorized 7/15/2010)
MICHELLE LAMBERT
LESLIE M. HILL
Trial Attorneys
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Telephone: (202) 616-7501
Facsimile: (202) 514-8865
E-Mail: michelle.lambert@usdoj.gov

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: July 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3

Joint Stipulation and [Proposed] Order Extending Deadline for Mot. for Att'ys' Fees, No. 2:07-CV-2320 GEB GGH

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2010, I electronically transmitted the foregoing Joint Stipulation and [Proposed] Order Extending Deadline for Motion for Attorneys' Fees to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Leslie M. Hill
Leslie.Hill@usdoj.gov

Michelle R. Lambert
Michelle.Lambert@usdoj.gov

Tara L. Mueller
tara.mueller@doj.ca.gov

Christiana Tiedemann
chris.tiedemann@doj.ca.gov

Michael Wall
mwall@nrdc.org

Thomas Cmar
tcmar@nrdc.org

Scott Allen
sallen@lgpatlaw.com

David A. Nicholas
dnicholas@verizon.net