IGNACIA S. MORENO, Assistant Attorney General
Environment & Natural Resources Division
LESLIE M. HILL, Trial Attorney
MICHELLE R. LAMBERT, Trial Attorney
U.S. Dep't of Justice, Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Tel.: (202) 514-0375; Fax: (202) 514-8865
leslie.hill@usdoj.gov; michelle.lambert@usdoj.gov
*Attorneys for Defendants*

MICHAEL E. WALL (Cal. Bar No. 170238)
Natural Resources Defense Council
111 Sutter Street, 20th Fl., San Francisco, CA 94104
Tel.: (415) 875-6100; Fax: (415) 875-6161
mwall@nrdc.org
*Attorney for Plaintiffs Arc Ecology, Natural Resources Defense Council, and San Francisco Baykeeper*

KAMALA D. HARRIS, Attorney General of California
CHRISTIANA TIEDEMANN, Supervising Deputy Attorney General
TARA MUELLER, Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-0550
Tel:  (510) 622-2218; Fax: (510) 622-2270
chris.tiedemann@doj.ca.gov; tara.mueller@doj.ca.gov
*Attorneys for Plaintiff-Intervenor California Regional Water Quality Control Board, San Francisco Bay Region*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC ECOLOGY, et al.,<br><br>                    Plaintiffs,<br><br>and<br><br>CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>                    Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES MARITIME ADMINISTRATION, et al.,<br><br>                    Defendants. | 2:07-CV-2320 GEB GGH<br><br>**JOINT  STIPULATION AND [PROPOSED] ORDER MODIFYING EXHIBIT A TO THE CONSENT DECREE**<br><br>Judge:  Hon. Garland E. Burrell, Jr. |

1  WHEREAS, on April 14, 2010, the Court entered a Consent Decree in this litigation, Consent Decree, Dkt. No. 126;

2  WHEREAS, the Consent Decree requires Defendants to remove exfoliating and exfoliated paint from above the waterline in dry-dock of 25 vessels, including all vessels with a Condition Coating #1 or #2, as listed in Exhibit A to the Consent Decree, by September 30, 2011, Consent Decree ¶ 6(b)(1);

3  WHEREAS, the *Nereus* is listed in Exhibit A as a vessel with Condition Coating #2 and the *Thomaston* is listed as a vessel with Condition Coating #3;

4  WHEREAS, Defendants began the exfoliating and exfoliated paint removal process for the *Nereus* prior to the entry of the Consent Decree and have since completed removal of the exfoliating and exfoliated paint from the exterior surfaces of the *Nereus* at the Suisun Bay Reserve Fleet site;

5  WHEREAS, the current paint coating condition of the *Nereus* has improved to a Coating Condition #3 and is now less degraded than that of the *Thomaston*, which is now rated as a Coating condition #2;

6  WHEREAS, the parties agree that there is good cause to modify Exhibit A to the Consent Decree by substituting the *Thomaston* for the *Nereus*;

7  THEREFORE, pursuant to section XIV of the Consent Decree, Plaintiffs and Defendants stipulate and agree that Exhibit A to the Consent Decree shall be modified to substitute the *Thomaston* for the *Nereus* on the list of 25 vessels to have paint removal conducted in dry-dock pursuant to Paragraph 6(b)(1) of the Consent Decree, and request that the Court grant such modification. The proposed modification to Exhibit A is filed as an attachment to this Stipulation.

//
//

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | *For Defendants:* |  |
| 3 | Dated:  May 13, 2011 | BENJAMIN B. WAGNER |

*For Defendants:*

Dated:  May 13, 2011

BENJAMIN B. WAGNER
United States Attorney for the
Eastern District of California
TODD A. PICKLES
Assistant United States Attorney
501 I Street, suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900

IGNACIA S. MORENO
Assistant Attorney General

/s/ Michelle R. Lambert
MICHELLE LAMBERT
LESLIE M. HILL
Trial Attorneys
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, DC 20044-3986
Telephone:  (202) 616-7501
Facsimile:  (202) 514-8865
E-Mail:        michelle.lambert@usdoj.gov

*For Plaintiffs*

Dated: May 13, 2011

/s/ Michael E. Wall (as authorized 5/13/2011)
MICHAEL E. WALL (SBN 170238)
NATURAL RESOURCES DEFENSE
     COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone:  (415) 875-875-6100
Facsimile:  (415) 875-6161
E-Mail:  mwall@nrdc.org

THOMAS CMAR (*pro hac vice*)
NATURAL RESOURCES DEFENSE
     COUNCIL
12 North Riverside Plaza, Suite 2250
Chicago, IL  60606-9997
Telephone:  (312) 651-7906
Facsimile:  (312) 651-7919
E-Mail:  tcmar@nrdc.org

```
                          SCOTT ALLEN (SBN 178925)
                          LARIVIERE, GRUBMAN & PAYNE
                          19 Upper Ragsdale Drive, Suite 200
                          Monterey, CA 93940
                          Tel.: (831) 649-7531; Fax: (831) 649-8835
                          E-Mail: sallen@lgpatlaw.com


                          DAVID A. NICHOLAS (pro hac vice)
                          20 Whitney Road
                          Newton, MA 02460
                          Telephone:   (617) 964-1548
                          Facsimile:   (617) 663-6233
                          E-Mail: dnicholas@verizon.net
```

*Attorneys for Plaintiffs Arc Ecology, San Francisco Baykeeper, and Natural Resources Defense Council*

*For Plaintiff-Intervenor:*

Dated: May 13, 2011

```
                          KAMALA D. HARRIS
                          Attorney General of California

                          /s/ Tara L. Mueller (as authorized 5/13/2011)
                          CHRISTIANA TIEDEMANN (SBN 105299)
                          Supervising Deputy Attorney General
                          TARA L. MUELLER (SBN 161536)
                          Deputy Attorney General
                          1515 Clay Street, 20th Floor
                          P. O. Box 70550
                          Oakland, CA  94612-0550
                          Telephone: (510) 622-2136 (Mueller);
                              (510) 622-2218 (Tiedemann)
                          Facsimile:  (510) 622-2270
                          E-mail: chris.tiedemann@doj.ca.gov;
                              tara.mueller@doj.ca.gov
```

*Attorneys for Plaintiff Intervenor the California Regional Water Quality Control Board, San Francisco Bay Region*

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

**Date:** 5/17/2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

3

# EXHIBIT A
## SBRF NON-RETENTION VESSEL COATING CONDITION SUMMARY

| No. | SHIP NAME | PROGRAM | LOCATION | COAT COND |
|---|---|---|---|---|
| 1 | PAN AMERICAN VICTORY | Non-retention | SBRF | 1 |
| 2 | EARLHAM VICTORY | Non-retention | SBRF | 1 |
| 3 | RIDER VICTORY | Non-retention | SBRF | 1 |
| 4 | WINTHROP VICTORY | Non-retention | SBRF | 1 |
| 5 | MISSION SANTA YNEZ | Non-retention | SBRF | 2 |
| 6 | GEN EDWIN D PATRICK | Non-retention | SBRF | 1 |
| 7 | DAWN | Non-retention | SBRF | 2 |
| 8 | TALUGA | Non-retention | SBRF | 1 |
| 9 | H. H. HESS | Non-retention | SBRF | 2 |
| 10 | FLORIKAN | Non-retention | SBRF | 2 |
| 11 | BAY | Non-retention | SBRF | 1 |
| 12 | GEN JOHN POPE | Non-retention | SBRF | 2 |
| 13 | GETTYSBURG | Non-retention | SBRF | 1 |
| 14 | BOLSTER | Non-retention | SBRF | 2 |
| 15 | RECLAIMER | Non-retention | SBRF | 2 |
| 16 | SOLON TURMAN | Non-retention | SBRF | 2 |
| 17 | PRESIDENT | Non-retention | SBRF | 2 |
| 18 | AMERICAN RELIANCE | Non-retention | SBRF | 1 |
| 19 | AMERICAN RACER | Non-retention | SBRF | 1 |
| 20 | THOMASTON | Non-retention | SBRF | 2 |
| 21 | CLAMP | Non-retention | SBRF | 1 |
| 22 | LINCOLN | Non-retention | SBRF | 2 |
| 23 | SPERRY | Non-retention | SBRF | 2 |
| 24 | SAGAMORE | Non-retention | SBRF | 2 |
| 25 | MONTICELLO | Non-retention | SBRF | 3 |
| 26 | NEREUS | Non-retention | SBRF | 3 |
| 27 | GLACIER | Non-retention | SBRF | 3 |
| 28 | MISPILLION | Non-retention | SBRF | 3 |
| 29 | AMBASSADOR | Non-retention | SBRF | 3 |
| 30 | POINT DEFIANCE | Non-retention | SBRF | 3 |
| 31 | ADVENTURER | Non-retention | SBRF | 3 |
| 32 | PONCHATOULA | Non-retention | SBRF | 3 |
| 33 | PYRO | Non-retention | SBRF | 3 |
| 34 | WICHITA | Non-retention | SBRF | 3 |
| 35 | KAWISHIWI | Non-retention | SBRF | 3 |
| 36 | MOUNT HOOD | Non-retention | SBRF | 3 |
| 37 | WABASH (AOR 5) | Non-retention | SBRF | 3 |
| 38 | TULARE | Non-retention | SBRF | 3 |
| 39 | VANCOUVER | Non-retention | SBRF | 3 |
| 40 | PIGEON | Non-retention | SBRF | 3 |
| 41 | HOLLAND | Non-retention | SBRF | 3 |
| 42 | KANSAS CITY | Non-retention | SBRF | 3 |
| 43 | HASSAYAMPA | Non-retention | SBRF | 3 |
| 44 | ROANOKE | Non-retention | SBRF | 3 |
| 45 | WILLAMETTE | Non-retention | SBRF | 3 |
| 46 | MOUNT WASHINGTON | Non-retention | SBRF | 3 |
| 47 | AIDE | Non-retention | SBRF | 3 |
| 48 | AGENT | Non-retention | SBRF | 3 |
| 49 | SHOSHONE | Non-retention | SBRF | 3 |
| 50 | WYMAN | Non-retention | SBRF | 3 |

**EXHIBIT A**
# SBRF NON-RETENTION VESSEL COATING CONDITION SUMMARY

| No. | SHIP NAME | PROGRAM | LOCATION | COAT COND |
|---|---|---|---|---|
| 51 | NORTHERN LIGHT | Non-retention | SBRF | 3 |
| 52 | CIMARRON | Non-retention | SBRF | 3 |
| 53 | METEOR | Non-retention | SBRF | 4 |
| 54 | COMET | Non-retention | SBRF | 4 |
| 55 | CAPE BORDA | Non-retention | SBRF | 4 |
| 56 | CAPE BLANCO | Non-retention | SBRF | 5 |
| 57 | CAPE BRETON | Non-retention | SBRF | 5 |

First 25 vessels listed are those vessels which are referenced in paragraph 6(b)(1) of the Consent Decree

**Coating Condition Rating:**

| | |
|---|---|
| 1 | Major Coating degradation exists where large areas of hull or topside steel and rust are visible, and at least 25% of coatings has potential for exfoliation, or there is a substantial accumulation of exfoliated paint on deck that has potential for being discharged into the water |
| 2 | Moderate coating degradation exists where small areas of hull or topside steel and rust are visible, and between 5% and 25% of coatings has potential for exfoliation, or there is a moderate accumulation of exfoliated paint on deck that has potential for being discharged into the water. |
| 3 | Minor coating degradation exists where rust is beginning to bleed through coatings at cracks and chips, and less than 5% of coatings has potential for exfoliation. |
| 4 | Coatings are intact and within their service life condition |
| 5 | Coatings are intact, in like-new condition |