# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ARC ECOLOGY, et al.,

    Plaintiffs,

and

CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,

    Plaintiff-Intervenor,

v.

UNITED STATES MARITIME ADMINISTRATION; MARK H. BUZBY, in his official capacity as Maritime Administrator; UNITED STATES DEPARTMENT OF TRANSPORTATION; and ELAINE L. CHAO, in her official capacity as Secretary of Transportation,

    Defendants.

Case No. 2:07-CV-2320 GEB KJN

**ORDER**

Hon. Garland E. Burrell, Jr.

**[PROPOSED] ORDER**

The Consent Decree entered on April 14, 2010 (Dkt. No. 126) is hereby terminated.

**IT IS SO ORDERED.**

**Dated: January 2, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge